**EXHIBIT "A"**
Notice and Demand to Issue Certificate of Release of Notice of Federal Tax Lien
with Form 12661 – Disputed Issue Verification, Form 843 – Claim for Abatement of
Penalties, Form 12277 – Application for Withdrawal of Filed Notice of Federal Tax Lien,
and Form 9423 – Collection Appeals Request
(10 pages)

INSTR # 913814
OR BK 2690 **Pages 4774 - 4874**
**RECORDED** 09/28/05 11:28:47
MARTHA INGLE, WALTON COUNTY
CLERK OF COURT
DEPUTY CLERK C FANTAUZZI
#1

Return to:
Harry Pollinger
c/o PO Box 6577
Destin, Florida [PZ 32550]

_____ (Space above the line for recording data)_____

## NOTICE AND DEMAND TO ISSUE CERTIFICATE
## OF RELEASE FOR NOTICE OF FEDERAL TAX LIEN

State of Florida          )
                          ) ss:
County of (W)ALTON )

**NOTICE IS** HEREBY **GIVEN:** Harry Pollinger, on this **28TH** day of **SEPTEMBER**
2005, officially records this Notice and Demand titled "Notice and Demand to Issue Certificate
of Release for Notice of Federal Tax Lien" extinguishing the appearance of attachments to
Affiant's property regarding the fraudulent Notice of Federal Tax Lien that is Barred by the
Statute of Limitations on Assessments pursuant to 26 U.S.C. § 6501, in violation of 26 U.S.C. §
83 – Property Transferred in connection with the Performance of Services and in violation of the
Constitution for the United States of America at Article I, § 9 Clause 3, and Article I, § 10,
Clause 1, stating in part: "No Bill of Attainder . . . shall ever pass." *"A bill of attainder is a
legislative act which applies to named individuals or to easily ascertained members of a group
in such a way as to inflict punishment on them without judicial trial. United States v. Brown,*
381 U.S. 437, 14 L. Ed. 2d 484, 85 S. Ct. 1707 (1965), In order to be termed a bill of attainder, a
law must: (1) specify the affected persons; (2) impose punishment; and (3) lack a judicial trial.
*Selective Sew. Sys. v. Minn. Pub. Interest Research Group,* 468 U.S. 841, 847 (1984).
Additionally, pursuant to 28 U.S.C. § 3201(a), C. Sherwood and Revenue Officer Gregory
Collier are in violation of law and failed to obtain the required "Abstract of Judgment" secured
by a judicial' action under 26 USC § 7403(a) and (c). Please be advised that an active
investigation regarding the aforementioned violations—pending a lawsuit—is in effect until such
time settlement and closure of this disputed, administrative, non-judicial inchoate instrument has
been removed and the property *replevied.*

Instr # 2265498
BK: 2654 PG:4569 Page 1 of 101
Recorded 09/28/2005 at 01:02 PM,
RECORDING: $456.00 RECORDING ARTICLE V: $404.00

DEPUTY CLERK BHLL
DON W. HOWARD, CLERK OF COURTS, OKALOOSA COUNTY, FL

Return to:
Harry Pollinger
c/o PO Box 6577
Destin, Florida [FZ 32550]

_____ (Space above the line for recording data) _____

## NOTICE AND DEMAND TO ISSUE CERTIFICATE
## OF RELEASE FOR NOTICE OF FEDERAL TAX LIEN

State of Florida      )
                ) ss:
County of **OKALOOSA** )

**NOTICE IS HEREBY GIVEN:** Harry Pollinger, on this 28 day of SEPTEMBER 2005, officially records this Notice and Demand titled "Notice and Demand to Issue Certificate of Release for Notice of Federal Tax Lien" extinguishing the appearance of attachments to Affiant's property regarding the fraudulent Notice of Federal Tax Lien that is Barred by the Statute of Limitations on Assessments pursuant to 26 U.S.C. § 6501, in violation of 26 U.S.C. § 83 − Property Transferred in connection with the Performance of Services and in violation of the Constitution for the United States of America at Article I, § 9 Clause 3, and Article I, § 10, Clause 1, stating in part: "No Bill of Attainder . . . shall ever pass." *"A bill of attainder is a legislative act which applies to named individuals or to easily ascertained members of a group in such a way as to inflict punishment on them without judicial trial. United States v. Brown,* 381 U.S. 437, 14 L. Ed. 2d 484, 85 S. Ct. 1707 (1965), In order to be termed a bill of attainder, a law must: (1) specify the affected persons; (2) impose punishment; and (3) lack a judicial trial. *Selective Sew. Sys. v. Minn. Pub. Interest Research Group,* 468 U.S. 841, 847 (1984). Additionally, pursuant to 28 U.S.C. § 3201(a), C. Sherwood and Revenue Officer Gregory Collier are in violation of law and failed to obtain the required "Abstract of Judgment" secured by a judicial action under 26 USC § 7403(a) and (c). Please be advised that an active investigation regarding the aforementioned violations—pending a lawsuit—is in effect until such time settlement and closure of this disputed, administrative, non-judicial inchoate instrument has been removed and the property *replevied.*

receipt of Affiant's correspondence and/or Letter 2358C notifying Affiant that this account is resolved.

I, Harry Pollinger, declare under penalty of pejury pursuant to 28 U.S.C. § 1746(1), that this document was prepared by me and I believe the above to be true and correct to the best of my knowledge, understanding.

Signature: *Harry Pollinger*
Harry Pollinger, Affiant

State of Florida )
) ss:
County of Walton )

I certify on this 28th day of September, 2005 that I know or have satisfactory evidence that Harry Pollinger is the person who appeared before me and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Witness my hand and official seal:



STEPHANIE C GONZALES
Notary Public • State of Florida
My Commission Expires Feb 22, 2009
Commission # DD 398961
Bonded By National Notary Assn.

Signature of Notary

My Commission Expires: Feb. 22, 2009

## INCLUSIONS:

**IRS Form 12661 – Disputed Issue Verification**
**IRS Form 843 – Claim for Refund and Request for Abatement**
**IRS Form 12277 – Application for Withdrawal of Filed Form 668(Y)**
**IRS Form 9423 – Collection Appeal Request**

## ATTACHMENTS:

**EXHIBIT A:** IRS FORM 668(Y)(c)/CERTIFICATE OF OFFICIAL RECORD
**EXHIBIT B:** Correspondence Requirements of Public Officials
**EXHIBIT C:** Federal Rules of Evidence (Moore's Federal Rules Pamphlet)
**EXHIBIT D:** 26 U.S.C. §§ 7214, 7432 and 7433 – Civil Damages for Misconduct
**EXHIBIT E:** 26 U.S.C. § 6020(b), IRM 5.1.11.9 IRC 6020(b) Authority
**EXHIBIT F:** 26 CFR § 1.83-1- Property Transferred in Connection with the Performance of Services & Applicable Regulations, 26 USC § 1.212-1(a)(1) and (2), 26 USC § 1.1001-1
**EXHIBIT G:** 26 CFR § 602.101 – Office of Management and Budget
**EXHIBIT H:** IRS Penalty Assessment Manual (20)120-(20)-124: Purpose of Penalties

**Mail to:**

**Department of the Treasury**
Secretary of the Treasury: John Snow
Office of the Secretary
1500 Pennsylvania Ave. N.W
Washington D.C. 20220
Certified Mail #: 7004 2890 0001 9662 3704

**Department of the Treasury**
Internal Revenue Service
PO Box 17167
FT Lauderdale, FL 33324
Certified Mail #: 7004 2890 0001 9662 3728

**Department of the Treasury**
**Commissioner of Internal Revenue**
Mark Everson
'111 Constitution Ave NW
urk Everson
Washington D.C. 20224
Certified Mail #: 7004 2890 0001 9662 3742

**Department of the Treasury**
Internal Revenue Service
Office of the Taxpayer Advocate
1111 Constitution Avenue N. W.
Washington D.C. 20224
Certified Mail #: 7004 2890 0001 9662 3766

**The Honorable Mel Martinez**
United States Senate
317 Hart Senate Office Building
Washington, D.C. 20510
Certified Mail #. 7004 2890 0001 9662 3780

**Department of the Treasury**
Internal Revenue Service
Attn: GREGORY COLLIER
125 W. Romana Street
Pensacola, FL 32502-5848
Certified Mail #. 7004 2890 0001 9662 3636

**TIGTA**
PO Box 589
Ben Franklin Station
Washington, DC 20044-0589
Certified Mail #: 7004 2890 0001 9662 3711

**Joint Committee on Taxation**
Attn: George Yin, Chief of Staff
1015 Long Worth Bldg
Washington, DC 20515
Certified Mail #: 7004 2890 0001 9662 3735

**Department of the Treasury**
Internal Revenue Service
Area Director, Chief Special Procedures
PO Box 17167, M/S 5700
FT. Lauderdale, FL 33324
Certified Mail #. 7004 2890 0001 9662 3759

**Department of the Treasury**
Internal Revenue Service
Technical Service Group Manager
PO Box 17167, M/S 5700
FT. Lauderdale, FL 33324
Certified Mail #. 7004 2890 0001 9662 3773

**The Honorable Bill Nelson**
United States Senate
716 Hart Senate Office Building
Washington, D.C. 20510
Certified Mail #. 7004 2890 0001 9662 3797

| Form 668 (Y)(c) | 1872 | Department of the Treasury - Internal Revenue Service | | | | |
|---|---|---|---|---|---|---|
| (Rev. February 2004) | | **Notice of Federal Tax Lien** | | | | |

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (954) 423-7729 | Serial Number 216195105 | For Optional Use by Recording Office |
|---|---|---|

As provided by section §321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

Name of Taxpayer HARRY POLLINGER

Residence     PO BOX 6577
DESTIN, FL 32550-1005

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2000 | | 05/31/2004 | 06/30/2014 | 4243.04 |
| 1040 | 12/31/2001 | | 05/31/2004 | 06/30/2014 | 9882.61 |

EXHIBIT PAGE __ of __

A 1 7

| Place of Filing | CLERK OF CIRCUIT COURT OKALOOSA COUNTY CRESTVIEW, FL 32536 | Total | $ 14125.65 |
|---|---|---|---|

This notice was prepared and signed at     JACKSONVILLE, FL    , on this,

the   28th   day of   February , 2005.

| Signature for GREGORY COLLIER | Title REVENUE OFFICER (850) 435-8464 | 25-07-2406 |
|---|---|---|

(NOE: Certificate of officer authorized by law to take acknowledgment is nor essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004) CAT. NO 60025X

Department of the Treasury - Internal Revenue Service

Form **12661**
(September 2000)

# Disputed Issue Verification

Taxpayer name

## Harry Pollinger

Tax period

## 12/31/2000 and 2001

Social Security Number

## 097 52 2049

Instructions for completing disputed issues

Please complete a separate block for each issue or adjustment with which you disagree.

Attach photocopies of supporting information for each issue or adjustment marked.  Number the supporting information with the same number as its disputed issue.  If you need additional blocks, photocopy additional sheets and number accordingly.

**1. Disputed issue or adjustment**

# Mathematical & Accounting Errors Regarding Liability

Reason why you disagree with the audit results

# See:  Notice and Demand... w/Affidavit and Exhibits

| Amount claimed on original return | Amounts allowed on Audit report |
|---|---|
| **SFR filed by RO** | **?** |

**2. Disputed issue or adjustment**

Reason why you disagree with the audit results

| Amount claimed on original return | Amounts allowed on Audit report |
|---|---|
| | |

**3. Disputed issue or adjustment**

Reason why you disagree with the audit results

| Amount claimed on original return | Amounts allowed on Audit report |
|---|---|
| | |

## Do not send original documents — Send photocopies only

*Harry Pollinger*                    9-28-05

**Privacy Act Notice**

The Privacy Act of 1974 says that when we ask you for information, we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if you do not provide it and whether or not you must respond under the law. This notice applies to tax returns and any papers filed with them. It also applies to any questions we need to ask you so we can complete, correct, or process your return: figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is Internal Revenue Code sections 6001, 6011, and 6012(a) and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections. Code section 6109 and its regulations say that you must show your social security number or individual taxpayer identification number on what you file.

Form 12661 (9-2000)        Catalog Number 29360J        www.irs.gov        Department of the Treasury-Internal Revenue Service

**843**

Form

(Rev. November 2002)

Department of the Treasury
Internal Revenue Service

# Claim for Refund and Request for Abatement

▶ See separate instructions.

OMB No. 1545-0024

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.

Do not use Form 843 if your claim is for—

● An overpayment of income taxes;

● A refund for nontaxable use (or sales) of fuel; or

● An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Type or print | Name of claimant<br>Harry Pollinger | Your SSN or ITIN<br>097 : 52 : 2049 |
|---|---|---|
| | Address (number, street, and room or suite no.)<br>c/o PO box 6577 | Spouse's SSN or ITIN<br>: NIA : |
| | City or town, state, and ZIP code<br>Destin, Florida 32550 | Employer identification number (EIN)<br>: NIA |

| Name and address shown on return if different from above<br><br>NIA | Daytime telephone number<br><br>(   ) N/A |
|---|---|

| 1 | Period. Prepare a separate Form 843 for each tax period<br>From  12 / 31 / 1999  to  12 / 31 / 2000 | 2 | Amount to be refunded or abated<br>$   4,243.04 (Abatement) |
|---|---|---|---|

**3a** Type of tax, penalty, or addition to tax

☐ Employment   ☐ Estate   ☐ Gift   ☑ Excise (see instructions)

☑ Penalty—IRC section ▶ 6651 & 6601

**b** Type of return filed (see instructions)

**a** 706   **a** 709   ☐ 940   ☐ 941   **a** 943   **a** 945   ☐ 990-PF   ☐ 4720   ☑ Other (specify) SFR

**4a** Request for abatement or refund of

☐ Interest as a result of IRS errors or delays.

☑ A penalty or addition to tax as a result of erroneous advice from the IRS

**b** Dates of payment ▶ N/A

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

(See Attached Recorded Notice and Demand w/Affidavit and Exhibits)

1.) Failed to properly compute and/or calculate IRC Sec. 83 – Property Transferred in Connection with Performance of Service.

2.) Failed to establish the liability and implementing regulations.

3.) Assessment Erroneous Including Interest and Penalties.

4.) Failed and Refused to Identify the "Occurrence of the Event" that Created the Alleged Liability.

5) Misapplication of IRC 6651 penalty assessment.

Signature. If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury. I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

*Harry Pollinger*

Signature (Title, if applicable. Claims by corporations must be signed by an officer.)

Date  9-28-05

Signature                                                                                         Date

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 10180R          Form **843** (Rev. 11-2002)

**Form 843**
(Rev. November 2002)
Department of the Treasury
Internal Revenue Service

## Claim for Refund and Request for Abatement

OMB No. 1545-0024

▶ See separate instructions.

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.

Do not use Form 843 if your claim is for—
- An overpayment of income taxes;
- A refund for nontaxable use (or sales) of fuel; or
- An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| | |
|---|---|
| Name of claimant <br> Harry Pollinger | Your SSN or ITIN <br> 097 ; 52 ; 2049 |
| Address (number, street, and room or suite no.) <br> c/o PO box 6577 | Spouse's SSN or ITIN <br> ;  N/A  ; |
| City or town, state, and ZIP code <br> Destin, Florida 32550 | Employer identification number (EIN) <br> ; N/A |
| Name and address shown on return if different from above <br> N/A | Daytime telephone number <br> (        ) N/A |

**1** Period. Prepare a separate Form 843 for each tax period
From  12 / 31 / 2000  to  12 / 31 / 2001

**2** Amount to be refunded or abated
$        9,882.61  (Abatement)

**3a** Type of tax, penalty, or addition to tax:
☐ Employment   ☐ Estate   ☐ Gift   ☐ Excise (see instructions)
☑ Penalty—IRC section ▶ 6651 & 6601

**b** Type of return filed (see instructions):
☐ 706   ☐ 709   ☐ 940   ☐ 941   ☐ 943   ☐ 945   ☐ 990-PF   ☐ 4720   ☑ Other (specify) SFR

**4a** Request for abatement or refund of:
☑ Interest as a result of IRS errors or delays.
☑ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ N/A

**5** Explanation and additional claims. Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

(See Attached Recorded Notice and Demand w/Affidavit and Exhibits)

**1** _ Failed to properly compute and/or calculate IRC Sec. 83 – Property Transferred in Connection with Performance of Service.

**2.)** Failed to establish the liability and implementing regulations.

**3.)** Assessment Erroneous Including Interest and Penalties.

**4.)** Failed and Refused to Identify the "Occurrence of the Event" that Created the Alleged Liability.

**5.)** Misapplication of IRC 6651 penalty assessment.

Signature. If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

Signature (Title, if applicable. Claims by corporations must be signed by an officer.)        Date  9-28-05

Signature        Date

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 10180R    Form **843** (Rev. 11-2002)

Department of the Treasury - Internal Revenue Service

Form **12277**
(Rev. June 2004)

# Application for Withdrawal of Filed
# Form 668(Y), Notice of Federal Tax Lien
## *(as based on Internal Revenue Code Section 63231;))*

## General Instructions

1. Attach a copy of the Form 668(Y), *"Notice of Federal Tax Lien"*, affecting the property, if available. You may also provide other documentation that you feel substantiates your request. If the information you supply is not complete, it may be necessary for the Technical Services Group Manager to obtain additional information before issuing the notice of withdrawal.

2. Please mail your request to the IRS, ATTN: Technical Services Group Manager, in the area where you live. Use Publication 4235, *"Technical Services Group Addresses"*, to determine where to mail your application.

3. If a determination is made to withdraw the filed Form 668(Y), we'll send you a Form 10916(c), *"Withdrawal of Filed Notice of Federal Tax Lien"*, and we'll notify your creditors if you provide the names and addresses of the credit reporting agencies or financial institutions.

4. If, at a later date, additional copies of the Form 10916(c) are needed, you must provide a written request to the Technical Services Group Manager. The request must provide the following information:

   **a.** the name, current address and taxpayer identification number of the person requesting that the credit reporting agency, financial institution or creditor be notified of the withdrawal of the Notice of Federal Tax Lien;

   **b.** a copy of the notice of withdrawal, if available; and

   **c.** a list of the names and addresses of any credit reporting agencies, financial institutions, or creditors that you want notified of the withdrawal of the filed Form 668(Y).

   NOTE: This document also serves as our authority to release the notice of withdrawal information to the agencies or financial institutions you have identified.

| 1. Name *(First, Middle Initial, Last)* | 2. SSN or EIN | |
|---|---|---|
| Harry Pollinger | 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 | |
| 3. Address *(Number, Street, P.O. Box)* | | |
| c/o PO Box 6577 | | |
| 4. City | 5. State | 6. ZIP code |
| Destin | Florida | 32550 |

7. Reason for requesting withdrawal of the filed Notice of Federal Tax Lien *("x" appropriate box and, on a separate sheet, explain the events that occurred.)*

[X] a. The notice was filed prematurely, or not in accordance with IRS procedures.

[ ] b. The taxpayer entered into an installment agreement to satisfy the liability on the lien *(unless the agreement provides otherwise).*

[ ] c. The withdrawal will facilitate collection of the tax, or

[X] d. The withdrawal would be in the best interest of both the taxpayer *(as determined by the Taxpayer Advocate)* and the government.

| Affirmation | Under penalties of perjury, I declare that I have examined this application *(including any accompanying schedules, exhibits, affidavits, and statements)* and, to the best of my knowledge and belief, it is true, correct and complete. | |
|---|---|---|
| | Signature *(Taxpayer or Representative)* | Date |
| | *Harry Pollinger* | 9/28/05 |

Part 1— IRS Copy      Catalog No. 27939C      www.irs.gov      Form **12277** (Rev. 6-2004)

# Collection Appeal Request

| 1. Taxpayer's Name | | 2. Representative: (Form 2648, Power of Attorney Attached) | |
|---|---|---|---|
| Harry Pollinger | | NIA | |
| 3. SSN/EIN | 4. Taxpayer's Business Phone | 5. Taxpayer's Home Phone | 6. Representative's Phone |
| 097 52 2049 | NIA | NIA | N/A |

7. Taxpayer's Street Address

PO Box 6577

| 8. City | 9. State | 10. Zip Code | |
|---|---|---|---|
| Destin | Florida | 32550' | |

| 11. Type of Tax (Tax Form) | 12. Tax Periods Being Appealed | | 13. Tax Due |
|---|---|---|---|
| 1040A | 12/31/2000 | | Alleged $4,243.04 |

## Collection Action(s) Appealed

14. Please Check the Collection Action(s) You're Appealing:

[✓] Federal Tax Lien

[ ] Denial of Installment Agreement

[ ] Levy or Notice of Levy

[ ] Termination of Installment Agreement

[ ] Seizure

## Explanation

15. Please explain why you disagree with the collection action(s) you checked above and explain how you would resolve your tax problem. Attach additional pages if needed. Attach copies or any documents that you think will support your position.

(See Attached Recorded Notice and Demand w/Affidavit and Exhibits)

1.) Failed to properly compute and/or calculate IRC Sec. 83 -- Property Transferred in Connection with Performance of Service.

2.) Failed to establish the liability and implementing regulations.

3.) Assessment Erroneous including Interest and Penalties.

4.) Failed and Refused to Identify the "Occurrence of the Event" that Created the Alleged Liability.

5.) Misapplication of IRC 6651 penalty assessment.

Under penalties of perjury, I declare that I have examined this request and the attached documents, and to the best of my knowledge and belief, they are true, correct and complete. A submission by a representative, other than the taxpayer, is based on all information of which preparer has any knowledge.

| 16. Taxpayer's or Authorized Representative's Signature | 17. Date |
|---|---|
| *Harry Pollinger* | 9-28-05 |
| 18. Collection Manager's Signature | 19. Date Received |

Form 3423 (Rev 01-1999)    Catalog Number 141691

(Over)

Department of the Treasury – Internal Revenue Service

**EXHIBIT "B"**

Notice and Demand for Abatement of Alleged Federal Income Tax Liability with
Form 843 – Claim for Abatement and Form 12261 – Disputed Issue Verification
(6 pages)

Return to:
Harry Pollinger
c/o PO Box 6577
Destin, Florida [PZ 32550]

_____ (Space above the line for recording data)_____

# NOTICE AND DEMAND FOR ABATEMENT OF
# ALLEGED FEDERAL INCOME TAX LIABILITY

## Affidavit of Fact – Notice and Demand Service Employee(s) Respond to Correspondence – Regarding Claim for Refund and Request for Abatement of IRS Notice CP-504

State of Florida     )
                    ) ss:
County of Walton  )

**NOTICE IS HEREBY GIVEN:** Harry Pollinger, on this **21** day of **Oct.** 2005, officially records this Affidavit of Fact – Notice and Demand Service Employee(s) Respond to Correspondence – Claim for Refund and Request for Abatement extinguishing your claim of an alleged federal income tax liability stated on your Notice CP 504, "We Intend to Levy on certain assets. Please Respond NOW" dated 10/10/2005. The issuance of your administrative Notice CP 504 is the precursor to the taking of personal property in violation of the due process clause and is a "Bill of Attainder" in violation of the Constitution for the United States of America at Article I, § 9 Clause 3, and Article I, § 10, Clause 1, stating in part: "No Bill of Attainder . . . shall ever pass." *"A bill of attainder is a legislative act which applies to named individuals or to easily ascertained members of a group in such a way as to inflict punishment on them without judicial trial. United States v. Brown,* 381 U.S. 437, 14 L. Ed. 2d 484, 85 S. Ct. 1707 (1965), In order to be termed a bill of attainder, a law must: (1) specify the affected persons; (2) impose punishment; and (3) lack a judicial trial. *Selective Serv. Sys. v. Minn. Pub. Interest Research Group.* 468 U.S. 841, 847 (1984).

This constructive notice and verified compliant is a conditional acceptance and specific negative averment under the protection of the Joint Committee on Taxation - 109th Congress, Equal Access to Justice Act, IRS Restructuring and Reform Act of 1998 § 1203 – Treasury Directive 8980 effective January 18, 2002 and the Administrative Procedures Act at 5 U.S.C. § 552 et. seq., regarding Department of the Treasury Internal Revenue Service Notice CP 504. Affiant states under penalty of perjury under the laws of the State of Florida and upon oath and affirmation the following statements herein are true and correct.

NOTICE AND DEMAND FOR ABATEMENT OF         1 of 25                           Harry Pollinger
ALLEGED FEDERAL INCOME TAX LIABILITY                                          Exhibits Total: 4

demanding that you review your records to correctly reflect Affiant's status as required by 5 U.S.C. § 552a(d)(2)(B)(i). Further Affiant requests acknowledgment with IRS Letter 3000(C), or any letter and/or notice that supercedes IRS Letter 3000(C) for purposes of acknowledging the receipt of Affiant's correspondence and/or Letter 2358C notifying Affiant that this account is resolved.

I, Harry Pollinger, declare under penalty of perjury pursuant to 28 U.S.C. § 1746(1), that this document was prepared by me and I believe the above to be true and correct to the best of my knowledge, understanding.

Signature: _Harry Pollinger_

Harry Pollinger, Affiant

State of Florida      )
                      ) ss:
County of Walton      )

I certify on this 21 day 'of  Oct ,  2005 that I know or have satisfactory evidence that Harry Pollinger is the person who appeared before me and said person acknowledged that he signed this instrument and acknowledged it to be his free and voluntary act for the uses and purposes mentioned in the instrument.

Witness my hand and official seal: _____

Signature of Notary

STEPHANIE C GONZALES
Notary Public · State of Florida
My Commission Expires Feb 22, 2009
Commission # DD 398961
Bonded By National Notary Assn.

My Commission Expires: Feb 22, 2009

**INCLUSIONS:**

**IRS Form 12661 – Disputed Issue Verification**
**IRS Form 843 – Claim for Refund and Request for Abatement**

**ATTACHMENTS:**

**EXHIBIT A:** IRS Notice CP504
**EXHIBIT B:** "Results Page" -- referencing Walton County's public records.

Mail to:

**Department of the Treasury**
Internal Revenue Service
Area Director, Chief Special Procedures
PO Box 17167, M/S 5700
FT. Lauderdale, FL 33324
Certified Mail #. 7004 1350 0003 5907 9010

**Department of the Treasury**
Internal Revenue Service
Technical Service Group Manager
PO Box 17167, M/S 5700
FT. Lauderdale, FL 33324
Certified Mail #. 7004 1350 0003 5907 9003

**Department of the Treasury**
Internal Revenue Service
District Director
Attn: Chief, Special Procedures
PO Box 17167, M/S 5700
FT. Lauderdale, FL 33324
Certified Mail #. 7004 1350 0003 5907 8990

**Department of the Treasury**
Internal Revenue Service
Memphis, TN 39101-0249
Certified Mail #. 7004 1350 0003 5907 89836009 1315



**IRS** Department of the Treasury
Internal Revenue Service
MEMPHIS, TN   31101-0249

| EXHIBIT | PAGE | of |
|---------|------|-----|
| A | 1 | 3 |

7105 5678 7189 9596 4926

002383      200212 WI
Notice Number: CP 504
Notice Date: 10-10-2005

SSN/EIN:   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
Caller ID:  423990

Backup withholding could apply! If
you don't pay the amount due, those
who pay you interest and dividends
could be required to withhold 31%
from those payments.

HARRY POLLINGER
PO BOX 6577
DESTIN  FL   32550-1005775

#097522049101#

139900

## Urgent !!

### We intend to levy on certain assets. Please respond NOW.

(To avoid additional penalty and interest, pay the amount you owe within ten days from the date of this notice.)

Our records indicate that you haven't paid the mount you owe. The law requires that you pay your tax at the time you file your return. **This is your notice,** as required by Internal Revenue Code Section 6331(d), of our intent to levy (lake) any state tax refunds that you may be entitled to if we don't receive your payment in full. In addition, we will begin to search for other assets we may levy. We can also file a Notice of Federal Tax Lien, if we haven't already done so. **To prevent collection action, please pay the current balance now.** If you've already paid, can't pay, or have arranged for an installment agreement, it is important that you **call us immediately** at the telephone number shown below. Current balance may include Civil Penalty, if assessed.

### Account Summary

| /~ o m1040A | Tax Period: 12-31-2002 |
|---|---|

**Current Balance:**        $34,905.42
Includes:
  Penalty:        $1,141.15
  Interest:       $1,233.04
  Last Payment:   $0.00

Far information on
your penalty & interest
computations, you may
call 1-800-829-0922

Questions? Call us at 1-800-829-0922

See the enclosed Publication 594, The IRS Collection Process, and Notice
1219B, *Notice of Potential Third Party Contact* for additional information

Please m̲a̲i̲l̲ this part with your payment, payable to United States Treasury.

Notice Number: CP 504
Notice Date: 10-10-2005

write on your check:

| 1040A | 12-31-2002 | 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 |
|---|---|---|

Find information about filing and paying taxes at: www.irs.gov
Enter Keyword: filing late *for* paying late

Amount Due:
$34,905.42

Internal Revenue Service
CINCINNATI, OM  45999-0150

I.l..l..l.l.l.l..l..l.l.l..l..l.....ll.l.l.l..l..l.l

HARRY POLLINGER
PO BOX 6577
DESTIN  FL   32550-1005775

Department of the Treasury · Internal Revenue Service

Form **12661**
(September 2000)

# Disputed Issue Verification

Taxpayer name

## Harry Pollinger

| Tax period | Social Security Number |
|---|---|
| **12/31/2002** | **097 52 2049** |

Instructions for completing disputed issues

Please complete a separate block for each issue or adjustment with which you disagree.

Attach photocopies of supporting information for each issue or adjustment marked.  Number the supporting information with the same number as its disputed issue.  If you need additional blocks, photocopy additional sheets and number accordingly.

1. Disputed issue or adjustment

## Mathematical & Accounting Errors Regarding Liability

Reason why you disagree with the audit results

## See:  Notice and Demand... referencing Public Record

| Amount claimed on original return | Amounts allowed on Audit report |
|---|---|
| **SFR filed by IRS** | *3* |

2. Disputed issue or adjustment

Reason why you disagree with the audit results

| Amount claimed on original return | Amounts allowed on Audit report |
|---|---|
| | |

3. Disputed issue or adjustment

Reason why you disagree with the audit results

| . Amount claimed on original return | Amounts allowed on Audit report |
|---|---|
| | |

### Do not **send original documents** — **Send** photocopies only

*Harry Pollinger*          10-11-05

Privacy Act Notice

The Privacy Act of 1974 says that when we ask you for information, we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if you do not provide it and whether or not you must respond under the law. This notice applies to tax returns and any papers filed with them. It also applies to any questions we need to ask you so we can complete, correct, or process your return: figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is Internal Revenue Code sections 6001. 6011. and 6012(a) and their regulations. They say that you must file a return or statement with us for any tax you are liable for  Your response is mandatory under these sections. Code section 6109 and its regulations say that you must show your social security number or individual taxpayer identification number on what you file.

Form **843**
(Rev. November 2002)

Department of the Treasury
Internal Revenue Service

**Claim for Refund and Request for Abatement**

▶ See separate instructions.

OMB No 1545-0024

Use Form 843 only if your claim involves (a) one of the taxes shown on line 3a or (b) a refund or abatement of interest, penalties, or additions to tax on line 4a.
Do not use Form 843 if your claim is for—
* An overpayment of income taxes;
● A refund for nontaxable use (or sales) of fuel; or
● An overpayment of excise taxes reported on Form(s) 11-C, 720, 730, or 2290.

| Name of claimant   **Harry Pollinger** | Your SSN or ITIN   **097 : 52 : 2049** |
| Address (number, street, and room or suite no.)   **c/o PO box 6577** | Spouse's SSN or ITIN   : **NIA** |
| City or town, state, and ZIP code   **Destin, Florida 32550** | Employer identification number (EIN)   : **NIA** |
| Name and address shown on return if different from above   **NIA** | Daytime telephone number   ( , **NIA** |

**1** Period. Prepare a separate Form 843 for each tax period
From **12 / 31 / 2001** to **12 / 31 / 2002**

**2** Amount to be refunded or abated
$ **34,905.42 (Abatement)**

**3a** Type of tax, penalty, or addition to tax:
☐ Employment   ☐ Estate   ☐ Gift   ☑ Excise (see instructions)
☑ Penalty—IRC section ▶ **6651 & 6601**

**b** Type of return filed (see instructions):
☐ 706   ☐ 709   ☐ 940   ☐ 941   ☐ 943   ☐ 945   ☐ 990-PF   ☐ 4720   ☐ Other (specify) **SFR**

**4a** Request for abatement or refund of:
☑ Interest as a result of IRS errors or delays.
☑ A penalty or addition to tax as a result of erroneous advice from the IRS.

**b** Dates of payment ▶ **NIA**

**5** **Explanation and additional claims.** Explain why you believe this claim should be allowed, and show computation of tax refund or abatement of interest, penalty, or addition to tax. If you need more space, attach additional sheets.

**(See Attached Recorded Notice and Demand... referencing Public Record)**

**1.) Failed to properly compute and/or calculate IRC Sec. 83 — Property Transferred in Connection with Performance of Service.**

**2.) Failed to establish the liability and implementing regulations.**

**3.) Assessment Erroneous Including Interest and Penalties.**

**4.) Failed and Refused to Identify the "Occurrence of the Event" that Created the Alleged Liability.**

**5.) Misapplication of IRC 6651 penalty assessment.**

**Signature.** If you are filing Form 843 to request a refund or abatement relating to a joint return, both you and your spouse must sign the claim. Claims filed by corporations must be signed by a corporate officer authorized to sign, and the signature must be accompanied by the officer's title.

Under penalties of perjury, I declare that I have examined this claim, including accompanying schedules and statements, and, to the best of my knowledge and belief, it is true, correct, and complete.

*Harry Pollinger*
Signature (Title, if applicable. Claims by corporations must be signed by an officer.)

Date **10-21-05**

Signature ............................................................ Date ............................

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.   Cat. No. 10180R   Form **843** (Rev. 11-2002)

EXHIBIT "C"
Response letter from Senators Bill Nelson and Mel Martinez
(2 pages)



# United States Senate

**WASHINGTON, DC 20510-0905**

BILL NELSON
FLORIDA

November 10, 2005

Mr. Harry Pollinger
Post Office Box 6577
Destin, Florida 32550

Dear Mr. Pollinger:

**Thank you** for contacting my **office** regarding **the** Federal **Tax** Lien against you. I appreciate being made aware of your concerns and will be pleased to look **into** this matter.

Currently, I **am** in touch with the Taxpayer Advocate Service on your behalf. As soon as I have a response, I will share the results with you.

Again, thank you for contacting my office. I **want** you to **know** that as your **U.S.** Senator from Florida, I welcome **the** opportunity to serve you. If I can assist you with any other matter, please do not hesitate to let me know.

Sincerely,

Bill Nelson

BN/dk

MEL MARTINEZ
FLORIDA

(202) 224-3041

AGING
BANKING
ENERGY AND NATURAL RESOURCES
FOREIGN RELATIONS

# United States Senate

**WASHINGTON, DC 20510-0906**

October 18, 2005

Mr. Harry Pollinger
PO Box 6577
Destin, Florida 32550

Dear Mr. Pollinger:

   Thank you for contacting my office for assistance regarding the Internal Revenue Service. Your concerns are very important to me. Therefore, I have forwarded y ou letter to the **appropriate** staff member so that this matter may be thoroughly reviewed and the best course of action determined. Once your case has been evaluated, you will be contacted regarding any assistance my office can **provide.**

                    Sincerely,

                    *Mel Martinez*

                    **Mel Martinez**
                    United States Senator

MM/mbh

EXHIBIT "D"
Verified Notice and Demand to Release or Withdraw Notice of Federal Tax Lien,
Form 12261 Disputed Issue Verification, Form 12277 Application of Withdrawal of Filed
Form 668(Y), Notice of Federal Tax Lien, and From 12153 Request for CDP Hearing
(7 pages)

Certified Mail: 7006 0810 0001 5997 2694

Harry Pollinger
c/o PO Box 6577
Destin, Florida [PZ 32550]

September 11, 2006

Department of the Treasury
Internal Revenue Service Center
Attn: GREGORY COLLIER
PO Box 145585 STOP 84206
Cincinnati, OH 45250-5585

Re: Form 668(Y)(c) and Letters 3172
Assigned Treasury Account: 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

# VERIFIED NOTICE AND DEMAND TO RELEASE OR WITHDRAW NOTICE OF FEDERAL TAX LIEN

I, Harry Pollinger, (hereinafter referred to as "Belligerent Claimant," or "Claimant," (see United States v. Johnson, 76 F.Supp. 538 (1947)), am in possession of a copy of your Letter 3172 and Form 668(Y)(c) "NOTICE OF FEDERAL TAX LIEN", hereinafter referred to as "NFTL", for your tax periods December 31,2000,2001 and 2002 claiming an alleged liability assessed in the total amount of $49,982.72 (see **Exhibit A).** Claimant hereby demands verification that a valid assessment was made in compliance with 26 U.S.C. §§ 6203, 6212, 6213, 6751 et. *al*, relevant to the statutory tax imposed by Title 26 of the United States Code prior to issuing the Notice. Therefore, Claimant herein challenges and contests the procedural validity of the Notice of Federal Tax Lien and includes evidence that Service employees failed to comply with the internal revenue laws rendering the NFTL invalid.

## I.
## Facts and Occurrence of Events

Claimant has been issued illegal, premature and procedurally invalid NFTL (IRS Form 668(Y)(c)) notices for your tax periods December 31, 2000, 2001 and 2002 in the amount totaling $49,982.72, illegally encumbering Claimant's property rights and resulting in an action cognizable under 26 U.S.C. §§ 7432, 7214 and 7433. Claimant is entitled to, and seeks actual and direct economic damages for, violations that shall be effectively enumerated in a properly executed cause of action, if necessary to recover damages for these illegal actions. The following facts are herein enumerated as follows:

1. That because IRS Service employees like GREGORY COLLIER, Dennis L. Parizek, Betty Landau, Maureen A. Judge, Scott Prentky, Maureen Green, Norvine Webster, C Sherwood and R.A. Mitchell have failed or refused to address all of Claimant's issues and concerns

(e) Claimant demands Revenue Officers named above and the Area Director, Compliance Technical Support Manager for Area 5 completely abate the alleged assessed liabilities totaling $49,982.72 for tax periods as stated above, because Service employees willfully disregarded the internal revenue laws and are demanding extortionate amounts in excess of what is required under the Constitution, statute and regulations as referenced in 2.1 through 2.10 above;

(f) Claimant demands Revenue Officers named above and the Area Director, Compliance Technical Support Manager for Area 5 completely abate the alleged assessed liabilities totaling $49,982.72 for tax periods as stated above, because Service employees willfully disregarded the internal revenue laws and failed to obtain any of the proper signatory authority authorizing a liability or assessment, as commanded by statute and regulations referenced in 2.1 through 2.10 above.

The Area Director (District Director) at Area 5, acting in capacity as the Compliance Technical Support Manager, the Secretary of the Treasury, Revenue Officers C Sherwood, R.A. Mitchell, GREGORY COLLIER and other Internal Revenue Service fiduciary employee(s) named herein must respond within 10 days of receipt of this notice as required pursuant to 5 U.S.C. § 552a(d)(2)(A) of the Administrative Procedures Act. Claimant is demanding that the parties named herein review their records to correctly reflect Claimant's status, as required by 5 U.S.C. § 552a(d)(2)(B)(i). Claimant further requests acknowledgment with IRS Letter 3000(C), or any letter and/or notice that supercedes IRS Letter 3000(C) for purposes of acknowledging the receipt of Claimant's correspondence, and/or Letter 2358C notifying that this matter is being considered for resolution. Claimant does not wish to continue being injured by the actions and inactions of Service employees. Thank you for your kind indulgence and assistance in this matter, as Claimant looks forward to your response and an amicable remedy to this perilous matter.

I, Harry Pollinger, declare under penalty of perjury pursuant to 28 U.S.C. § 1746(1), the above to be true and correct to the best of my knowledge, understanding and belief.

Signature: _Harry Pollinger_

Harry Pollinger, Claimant

State of Florida    )
      ) ss:
County of WALTON )

I certify on this 14TH day of September 2006 that I know or have satisfactory evidence that Harry Pollinger is the person who appeared before me and said person acknowledged that he signed this instrument and acknowledged it to be a free and voluntary act for the uses and purposes mentioned in the instrument.

Witness my hand and official seal. _____

Signature of Notary

**JIMMY L ROHN**
**Notary Public, State of Florida**
**MY comm. exp. Nov. 9, 2009**
**Comm. No. DD 489464**

My Commission Expires: _Nov 9, 2009_

**Inclusions:**
**IRS Form 12661** - Disputed Issue Verification
**IRS Form 12277** - Application for Withdrawal of Notice of Federal Tax Lien
**IRS Form 12153** − Request for a Collection Due Process Hearing

**Attachment:** Due to the large volume of exhibits referenced herein, please find enclosed first and last pages only. Complete exhibits will be furnished upon request.

**EXHIBIT A:** IRS Letter 3712/ Form 668(Y)(c) NFTL dated 02/28/2005 and 08/03/2006
**EXHIBIT B:** Claimant's response to IRS Letter 1862, dated 7/19/06.
**EXHIBIT C:** Verified Notice and Demand... w/IRS Letter 1862 dated 7/28/06.
**EXHIBIT D:** Verified Affidavit – Demand for Proof... w/IRS Letter 3176C dated 6/06/06
**EXHIBIT E:** Constructive Notice and Demand... w/IRS Letter 2801C dated 5/04/06
**EXHIBIT F:** Verified Notice and Demand...Cease and Desist... dated 5/08/06
**EXHIBIT G:** Verified Notice to Abate Alleged... w/IRS 3174(P) dated 4/12/06
**EXHIBIT H:** Service employee Norvine Webster's correspondence dated 4/18/06
**EXHIBIT I:** Service employee Maureen Green's correspondence dated 3/30/06
**EXHIBIT J:** Verified Affidavit of Protest to... w/IRS Letter 2289 dated 2/16/06
**EXHIBIT K:** Verified Notice and Demand for... w/IRS Notice CP15 dated 2/13/06
**EXHIBIT L:** Verified Affidavit of Protest to... w/IRS Letter 105C dated 2/01/06
**EXHIBIT M:** Service employee Maxine A. Lindsay's correspondence dated 1/23/06
**EXHIBIT N:** Notice to Abate Alleged Federal... w/IRS Notice CP17C dated 12/26/05
**EXHIBIT O:** Verified Affidavit and Constructive... w/IRS Letter 3176C dated 12/08/05
**EXHIBIT P:** Verified Affidavit and Demand... w/IRS correspondence dated 12/14/05
**EXHIBIT Q:** Notice of Protest and Demand... w/IRS Notice of Determination dated 10/10/05
**EXHIBIT R:** Notice and Demand for... w/IRS Notice CP504 dated 10/10/05
**EXHIBIT S:** Notice and Affidavit of... w/IRS appeals acknowledgement letter dated 9/13/05
**EXHIBIT T:** Notice and Demand to... w/IRS Form 668(Y)(c) dated 2/28/05

**Mailed to:**

**Department of the Treasury**
Internal Revenue Service
Area 5, Area Director
Compliance Technical Support Manager
400 Bay Street
Jacksonville, FL 32202
Certified Mail: 7006 0810 0001 5997 2700

**Department of the Treasury**
Internal Revenue Service Center
Attn: R. A. Mitchell
PO Box 145585, STOP 84206
Cincinnati, OH 45250-5585
Certificate of Mailing: 7006 0810 0001 5996 9106

**Department of the Treasury**
Internal Revenue Service
Attn: Chief, Special Procedures
400 Bay Street
Jacksonville, FL 32202
Certified Mail: 7006 0810 0001 5997 2717

**Attorney General of the United States**
Alberto R. Gonzales
United States Department of Justice
950 Pennsylvania Avenue Northwest
Washington, DC 20530-00001
Certified Mail: 7006 0810 0001 6002 9912

**Treasury Inspector General for Tax Administration**
**ATTN:** Complaint Management Division
P.O. Box 589
Washington, DC 20044
Certified Mail: 7006 0810 0001 6002 9929

Certified Mail no. 7006 0810 0001 5997 2700

---

Department of the Treasury - Internal Revenue Service

Form **12661**
(September 2000)

# Disputed Issue Verification

Taxpayer name

## Harry Pollinger

Tax period

### 12131/2000, 2001 and 2002

Social Security Number

### 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

Instructions for completing disputed issues

Please complete a separate block for each issue or adjustment with which you disagree.

Attach photocopies of supporting information for each issue or adjustment marked. Number the supporting information with the same number as its disputed issue. If you need additional blocks, photocopy additional sheets and number accordingly.

1. Disputed issue or adjustment

## Mathematical & Accounting Errors Regarding Liability

Reason why you disagree with the audit results

## See: Verified Notice and Demand to Release or...w/exhibits

Amount claimed on original return

### Unknown

Amounts allowed on Audit report

### Unknown

2. Disputed issue or adjustment

Reason why you disagree with the audit results

Amount claimed on original return

Amounts allowed on Audit report

3. Disputed issue or adjustment

Reason why you disagree with the audit results

Amount claimed on original return

Amounts allowed on Audit report

### Do not send original documents — Send photocopies only

*Harry Pollinger*          9-14-06

Privacy Act Notice

The Privacy Act of 1974 says that when we ask you for information, we must first tell you our legal right to ask for the information, why we are asking for it, and how it will be used. We must also tell you what could happen if you do not provide it and whether or not you must respond under the law. This notice applies to tax returns and any papers filed with them. It also applies to any questions we need to ask you so we can complete, correct, or process your return; figure your tax; and collect tax, interest, or penalties.

Our legal right to ask for information is Internal Revenue Code sections 6001.6011, and 6012(a) and their regulations. They say that you must file a return or statement with us for any tax you are liable for. Your response is mandatory under these sections. Code section 6109 and its regulations say that you must show your social security number or individual taxpayer identification number on what you file.

Department of the Treasury - Internal Revenue Service

Form **12277**
(Rev. June 2004)

# Application for Withdrawal of Filed
# Form 668(Y), Notice of Federal Tax Lien
### (as based on Internal Revenue Code Section 6323(j))

## General Instructions

1. Attach a copy of the Form 668(Y), *"Notice of Federal Tax Lien"*, affecting the property, if available. You may also provide other documentation that you feel substantiates your request. If the information you supply is not complete, it may be necessary for the Technical Services Group Manager to obtain additional information before issuing the notice of withdrawal.

2. Please mail your request to the IRS, ATTN: Technical Services Group Manager, in the area where you live. Use Publication 4235, *"Technical Services Group Addresses"*, to determine where to mail your application.

3. If a determination is made to withdraw the filed Form 668(Y), we'll send you a Form 10916(c), *"Withdrawal of Filed Notice of Federal Tax Lien"*, and we'll notify your creditors if you provide the names and addresses of the credit reporting agencies or financial institutions.

4. If, at a later date, additional copies of the Form 10916(c) are needed, you must provide a written request to the Technical Services Group Manager. The request must provide the following information:

   a. the name, current address and taxpayer identification number of the person requesting that the credit reporting agency, financial institution or creditor be notified of the withdrawal of the Notice of Federal Tax Lien;

   b. a copy of the notice of withdrawal, if available; and

   c. a list of the names and addresses of any credit reporting agencies, financial institutions, or creditors that you want notified of the withdrawal of the filed Form 668(Y).

   **NOTE:** This document also serves as our authority to release the notice of withdrawal information to the agencies or financial institutions you have identified.

| | |
|---|---|
| 1. Name *(First, Middle Initial, Last)* | 2. SSN or EIN |
| Harry Pollinger | 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 |

3. Address *(Number, Street, P.O. Box)*

c/o PO Box 6577

| 4. City | 5. State | 6. ZIP code |
|---|---|---|
| Destin | Florida | [PZ 32550 |

7. Reason for requesting withdrawal of the filed Notice of Federal Tax Lien *("x" appropriate box and, on a separate sheet, explain the events that occurred.)*

[X] a. The notice was filed prematurely, or not in accordance with IRS procedures

[ ] b. The taxpayer entered into an installment agreement to satisfy the liability on the lien *(unless the agreement provides otherwise)*.

[ ] c. The withdrawal will facilitate collection of the tax, or

[ ] d. The withdrawal would be in the best interest of both the taxpayer *(as determined by the Taxpayer Advocate)* and the government.

| **Affirmation** | Under penalties of perjury, I declare that I have examined this application *(including any accompanying schedules, exhibits, affidavits, and statements)* and, to the best of my knowledge and belief, it is true, correct and complete. | |
|---|---|---|
| | Signature *(Taxpayer or Representative)* *Harry Pollinger* | Date 9-14-06 |

**Part I— IRS Copy**    Catalog No. 27939C    www.irs.gov    Form **12277** (Rev. 6-2004)

# Request for a Collection Due Process Hearing

Use this form to request a hearing with the IRS Office of Appeals only when you receive a **Notice of Federal Tax Lien Filing & Your Right To A Hearing Under IRC 6320**, a **Final Notice - Notice Of Intent to Levy & Your Notice Of a Right To A Hearing**, or a **Notice of Jeopardy Levy and Right of Appeal**. Complete this form and send it to the address shown on your lien or levy notice for expeditious handling, Include a copy of your lien or levy notice(s) to ensure proper handling of your request.

*(Print)* Taxpayer Name(s): **Harry Pollinger**

*(Print)* Address: **c/o PO Box 6577 - Destin, Florida IPZ 325501**

Daytime Telephone Number: **N/A**                  Type of Tax/Tax Form Number(s): **Un-known**

Taxable Period(s): **December 31, 2000, 2001 and 2002**

Social Security Number/Employer Identification Number(s): **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**

Check the IRS action(s) that you do not agree with. Provide specific reasons why you don't agree. If you believe that your spouse or former spouse should be responsible for all or a portion of the tax liability from your tax return, check here [___] and attach Form 8857, Request for Innocent Spouse Relief, to this request.

**X** **Filed Notice of Federal Tax Lien (Explain why you don't agree. Use extra sheets if necessary)**

1.) Service Employees in Violation of f 26 U.S.C. 6330(e)1.
2.) Failed to establish the liability and implementing regulations.
3.) Failed to properly compute and/or calculate IRC Sec. 83 — Property Transferred in Connection with Performance of Service.
4.) Erroneous Assessments including Interest and Penalties.
5.) Failed and/or Refused to Identify the :Occurrence of the Event'" that created the Alleged Liability.
6.) Misapplication of IRC 6651 penalty assessment.

I/we understand that the statutory period of limitations for collection is suspended during the Collection Due Process Hearing and any subsequent judicial review.

Taxpayer's or Authorized Representative's Signature and Date: *Harry Pollinger*   9/14/06

Taxpayer's or Authorized Representative's Signature and Date: _____

IRS Use Only:

IRS Employee *(Print)*: _____    IRS Received Date: _____

Employee Telephone Number: _____

Form **12153** (01-1999)   Catalog Number 26685D

(Over)

Department of the Treasury - Internal Revenue Service