IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HARRY POLLINGER,

    Plaintiff,

vs.                                                Case No: 3:07cv13/RV/MD

INTERNAL REVENUE SERVICE
OVERSIGHT BOARD, et al.,

    Defendants.
_____/

## **JUDGMENT**

Upon remand from the Eleventh Circuit Court of Appeals, the Court has dismissed the plaintiff's constitutional claims.

Judgment is entered to that effect in favor of the defendant, United States of America. In all other respects, the judgment entered herein on March 4, 2009, remains in full force and effect.

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          /s/ C. Justice
                                          Deputy Clerk

March 19, 2010